B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
### District of Kansas

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Corbin Park, L.P.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**32-0260439** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**17110 Marcy**<br>**Omaha, NE**<br>ZIP Code **68118** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Douglas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **135th/Metcalf**<br>**Overland Park, KS** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ■ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Corbin Park, L.P.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>    Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Corbin Park, L.P.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____ Signature of Debtor  X _____ Signature of Joint Debtor  _____ Telephone Number (If not represented by attorney)  _____ Date | X _____ Signature of Foreign Representative  _____ Printed Name of Foreign Representative  _____ Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| --- | --- |
| X **/s/ Carl R. Clark** Signature of Attorney for Debtor(s)  **Carl R. Clark 11411** Printed Name of Attorney for Debtor(s)  **Lentz Clark Deines PA** Firm Name  **9260 Glenwood Overland Park, KS 66212** Address  **Email: lclaw@lcdlaw.com** **913-648-0600  Fax: 913-648-0664** Telephone Number  **January  5, 2010** Date  \*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.  _____ Printed Name and title, if any, of Bankruptcy Petition Preparer  _____ Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)  _____ Address  X _____  _____ Date  Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.  Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:  If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.  *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

| **Signature of Debtor (Corporation/Partnership)** |
| --- |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.  X **/s/ Jeffrey W. Johnson** Signature of Authorized Individual  **Jeffrey W. Johnson** Printed Name of Authorized Individual  **Managing Partner** Title of Authorized Individual  **January  5, 2010** Date |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Kansas

In re **Corbin Park, L.P.**
           Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| All Care Sweeping, LLC<br>PO Box 8081<br>Prairie Village, KS 66208 | All Care Sweeping, LLC<br>PO Box 8081<br>Prairie Village, KS 66208 | trade debt | | 660.04 |
| Arnold Imaging, LLC<br>140 Walnut Street<br>Suite 105<br>Kansas City, MO 64106 | Arnold Imaging, LLC<br>140 Walnut Street<br>Suite 105<br>Kansas City, MO 64106 | trade debt | | 8,412.00 |
| Bryan Cave<br>1200 Main St, Ste 3500<br>Kansas City, MO 64105 | Bryan Cave<br>1200 Main St, Ste 3500<br>Kansas City, MO 64105 | services | | 11,152.90 |
| City of Overland Park<br>City Hall<br>8500 Sante Fe Drice<br>Overland Park, KS 66212 | City of Overland Park<br>City Hall<br>8500 Sante Fe Drice<br>Overland Park, KS 66212 | | | 24,212.08 |
| Cormac Company<br>17110 Marcy Street<br>Suite 1<br>Omaha, NE 68118 | Cormac Company<br>17110 Marcy Street<br>Suite 1<br>Omaha, NE 68118 | | | 222,873.42 |
| Exterior Decorators<br>10027 Knox Drive<br>Overland Park, KS 66212 | Exterior Decorators<br>10027 Knox Drive<br>Overland Park, KS 66212 | | | 3,101.70 |
| Hartman, Simons Spielman et al<br>6400 Powers Ferry Rd., N.W.<br>Atlanta, GA 30339 | Hartman, Simons Spielman et al<br>6400 Powers Ferry Rd., N.W.<br>Atlanta, GA 30339 | | | 22,422.02 |
| Henjes, Conner & Williams, PC<br>PO Box 1528<br>Sioux City, IA 51102 | Henjes, Conner & Williams, PC<br>PO Box 1528<br>Sioux City, IA 51102 | | | 9,306.10 |
| Jayhawk Fire Sprinkler, Inc.<br>PO Box 8458<br>Topeka, KS 66608 | Jayhawk Fire Sprinkler, Inc.<br>PO Box 8458<br>Topeka, KS 66608 | | | 574.18 |
| Johnson County Environment Dep<br>11811 South Sunset<br>Suite 2700<br>Olathe, KS 66061 | Johnson County Environment Dep<br>11811 South Sunset<br>Suite 2700<br>Olathe, KS 66061 | | | 244.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Corbin Park, L.P.**  
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Johnson County Treasurer**<br>**PO Box 2902**<br>**Shawnee Mission, KS 66201-1302** | **Johnson County Treasurer**<br>**PO Box 2902**<br>**Shawnee Mission, KS 66201-1302** | | | **320,380.16** |
| **Johnson County Wastewater**<br>**PO Box 219948**<br>**Kansas City, MO 64121** | **Johnson County Wastewater**<br>**PO Box 219948**<br>**Kansas City, MO 64121** | | | **11,406.90** |
| **KCPL**<br>**PO Box 219330**<br>**Kansas City, MO 64121** | **KCPL**<br>**PO Box 219330**<br>**Kansas City, MO 64121** | | | **939.93** |
| **Koley Jessen PC**<br>**1125 South 103 Street**<br>**One Pacific Place**<br>**Suite 800**<br>**Omaha, NE 68124** | **Koley Jessen PC**<br>**1125 South 103 Street**<br>**One Pacific Place**<br>**Omaha, NE 68124** | | | **15,976.10** |
| **Marx Okubo**<br>**Department 937**<br>**Denver, CO 80291-0937** | **Marx Okubo**<br>**Department 937**<br>**Denver, CO 80291-0937** | | | **8,341.38** |
| **Mills Shellhammer & Asc**<br>**PO Box 567**<br>**Sioux City, IA 51102-0567** | **Mills Shellhammer & Asc**<br>**PO Box 567**<br>**Sioux City, IA 51102-0567** | | | **12,688.00** |
| **Polsinelli Shughart, PC**<br>**700 West 47th St.**<br>**Suite 1000**<br>**Kansas City, MO 64112** | **Polsinelli Shughart, PC**<br>**700 West 47th St.**<br>**Suite 1000**<br>**Kansas City, MO 64112** | | | **2,211.70** |
| **Satellite Shelters, Inc.**<br>**2530 Xenium Lane N.**<br>**Minneapolis, MN 55441** | **Satellite Shelters, Inc.**<br>**2530 Xenium Lane N.**<br>**Minneapolis, MN 55441** | | | **2,822.73** |
| **Seyfarth Shaw LLP**<br>**131 South Dearborn**<br>**Suite 2400**<br>**Chicago, IL 60603** | **Seyfarth Shaw LLP**<br>**131 South Dearborn**<br>**Suite 2400**<br>**Chicago, IL 60603** | | | **27,080.64** |
| **Tetra Tech, Inc.**<br>**Dept. 1678**<br>**Denver, CO 80291-1678** | **Tetra Tech, Inc.**<br>**Dept. 1678**<br>**Denver, CO 80291-1678** | | | **3,371.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Corbin Park, L.P.**                                                                                    Case No. _____
                               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 5, 2010**                              Signature  **/s/ Jeffrey W. Johnson**
                                                                                 **Jeffrey W. Johnson**
                                                                                 **Managing Partner**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Aegis Fire Protection  
1711 E. 123rd  
Olathe KS 66061

All Care Sweeping, LLC  
PO Box 8081  
Prairie Village KS 66208

Arnold Imaging, LLC  
140 Walnut Street  
Suite 105  
Kansas City MO 64106

ARR Roofing LLC  
1060 W. Santa Fe  
Olathe KS 66061

Arrowhead Services Inc.  
10981 Eicher  
Lenexa KS 66219

Assured Title Company  
110 N. Liberty  
Independence MO 64050

B&C Mechanical Services, LLC  
308 N. Rogers Road  
Olathe KS 66062

Ball Kelly LLC  
800 E. 101st Terr, Suite 120  
Kansas City MO 64131

Bamford Fire Sprinkler Co.  
5134 Merriam Drive  
Shawnee Mission KS 66203

Bank of America  
135 South LaSalle St.  
Suite 825  
60603

Bank of America
7800 Forsyth Blvd.
Suite 350
Saint Louis MO 63105


Berman & Rabin, PA
10660 Barkley
Overland Park KS 66207


Boss Mechanical Contract. Inc
9012 E. 40 Highway
Independence MO 64055


Broken Arrow Electric Supp Inc
428 SE Fleetway Circle
Lees Summit MO 64081


Brown Commercial Const. Co.
4801 Main Street, Suite 1000
Kansas City MO 64112


Bryan Cave
1200 Main St, Ste 3500
Kansas City MO 64105


BSC Steel Inc.
2809 E. 85th Street
Kansas City MO 64132


Central Plumbing Heat & A/C
13707 Wyandotte Street
Kansas City MO 64145


City of Overland Park
City Hall
8500 Sante Fe Drice
Overland Park KS 66212


Compass Bank
8080 North Central Expy. #370
Dallas TX 75206


Consolidated Electrical Distr.
14740 West 107th Street
Lenexa KS 66215

```
Coreslab Structures, Inc.
1615 W. Arrow
PO Box 996
Marshall MO 65340


Cormac Company
17110 Marcy Street
Suite 1
Omaha NE 68118


D&D Masonry Inc.
2609 Guinotte
Kansas City MO 64120


Doing Steel Fabrication LLC
2125 N. Golden
Springfield MO 65803


Exterior Decorators
10027 Knox Drive
Overland Park KS 66212


Faith Technologies Inc.
1106 Strangline Road
Lenexa KS 66215


Farris Law Firm, LLC
1600 Genessee, Suite 433
Kansas City MO 64102


Great Plains Roofing/Sheet Mtl
PO Box 3264
Kansas City KS 66103


Grier Metcalf LLC



Hartman, Simons Spielman et al
6400 Powers Ferry Rd., N.W.
Atlanta GA 30339


Heartland Masonry Inc.
15136 Broadmoor
Overland Park KS 66223
```

```
Heartland Midwest LLC
15795 S. Mahaffie Street
Olathe KS 66062


Henjes, Conner & Williams, PC
PO Box 1528
Sioux City IA 51102


Hertz Equipment Rental Corp.
1735 Charlotte Street
Kansas City MO 64108


Industrial Sales Company, Inc.
1150 W. Marley Road
Olathe KS 66061


Intec Construction Co.
515 S. Kansas Avenue
Topeka KS 66603


Jayhawk Fire Sprinkler, Inc.
PO Box 8458
Topeka KS 66608


JC Penney
Attn:  Paul Foshee
6501 Legacy Drive
Plano TX 75024


Johnson County Environment Dep
11811 South Sunset
Suite 2700
Olathe KS 66061


Johnson County Treasurer
PO Box 2902
Shawnee Mission KS 66201-1302


Johnson County Wastewater
PO Box 219948
Kansas City MO 64121


Kansas City Brick Co.
5717 Kansas Avenue
Kansas City KS 66106
```

KCPL
PO Box 219330
Kansas City MO 64121


King Hershey, PC
2345 Grand Boulevard, Ste 2100
Kansas City MO 64108


Koley Jessen PC
1125 South 103 Street
One Pacific Place
Suite 800
Omaha NE 68124


Landworks, Inc.
9317 Woodend Road
Edwardsville KS 66111


Larry Bair Excavating Inc.
2785 W. 247th Street
Louisburg KS 66053


Lico Steel Inc.
9301 E. 47th Street
Kansas City MO 64133


Lightfoot Photography
109 North Shore Drive
Kansas City MO 64151


Lithko Contracting Inc.
9745 Widmer
Lenexa KS 66215


Marx Okubo
Department 937
Denver CO 80291-0937


McCorkendale Construction Inc.
20710 S. Foster Court
Bucyrus KS 66013


Metro Tile Contractors
10701 El Monte
Overland Park KS 66211

Michel Martin


Mills Shellhammer & Asc
PO Box 567
Sioux City IA 51102-0567


Mitchell, Kristl & Lieber, PC
1220 Washington, 3rd Floor
Kansas City MO 64105-2245


Odonnell & Sons Constr Co
10801 Mastin, Suite 430
Overland Park KS 66210


Olsson Assc
111 Lincoln Mall, Suite 111
Lincoln NE 68508


Polsinelli Shughart, PC
700 West 47th St.
Suite 1000
Kansas City MO 64112


Regions Bank
30 South Wacker Dr
Suite 3903
Chicago IL 60606


Regions Bank
8182 Maryland Ave, Ste 1100
Saint Louis MO 63105


Regions Bank
1900 5th Ave. N
Birmingham AL 35203


RF Fisher Electric Co. LLC
1707 W. 39th Avenue
Kansas City KS 66103


Saladino Mechanical Company
2210 Television Place
Kansas City MO 64126

Saladino Plumbing/Heating Co
2210 Television Place
Kansas City MO 64126


Satellite Shelters, Inc.
2530 Xenium Lane N.
Minneapolis MN 55441


Schlinder Elevator Corp.
1802 Jasper
Kansas City MO 64116


Seyfarth Shaw LLP
131 South Dearborn
Suite 2400
Chicago IL 60603


Shawhan Sheet Metal LLC
1032 S. Vista Avenue
Independence MO 64056


Shawnee Steel & Welding, Inc.
6124 Merriam Drive
Merriam KS 66203


Shuttleworth Law Firm, LLC
9260 Glenwood
Overland Park KS 66212


Slaggie Architects Inc.
4600 Madison Ave, Ste 350
Kansas City MO 64112


Sols Glass Co. Inc.
2416 S. 8th Street
Kansas City KS 66103


Spec Building Materials
2840 Roe Lane
Kansas City KS 66103


Summit Concrete LLC
200 NE Missouri Drive, Ste 103
Lees Summit MO 64086

Summit Specialty Products Inc.
508 Jones Avenue
Grandview MO 64030


Supply Network Inc.
2353 International Street
Columbus OH 43228


Tetra Tech, Inc.
Dept. 1678
Denver CO 80291-1678


Tex-Plastering
PO Box 6643
Lees Summit MO 64064


TierOne Bank
1235 N Street
Lincoln NE 68508


Tri-State Masonry Inc.
316 Oak Street
Kansas City MO 64106


US Bank
120 W. 12th St.
Suite 510
Kansas City MO 64105


US Bank
102 W. 12th St.
Suite 510
Kansas City MO 64105


Von Maur Stores, Inc.
Attn: Bob Larsen
6565 Brady Drive
Davenport IA 52806


Wachter Electric Company
16001 W. 99th Street
Lenexa KS 66219

```
Walters Bender Strohbehn et al
1100 Main Street, Suite 2500
Kansas City MO 64105


Western Extralite Co.
1470 Liberty
Kansas City MO 64102


YKK AP America Inc.
23230 Chagrin Blvd, #940
Cleveland OH 44122
```