# CORBIN PARK L.P.

## PARTNERSHIP AUTHORIZATION AND APPROVAL

As of December 23, 2009

**THE UNDERSIGNED**, being all of the partners (the "Partners") of CORBIN PARK L.P., a Delaware limited partnership (the "Partnership"), hereby consent to the adoption of, and do hereby adopt, the following preambles, authorizations and approvals and declare them to be in full force and effect as if they were adopted at a regularly scheduled meeting of the Partners of the Partnership, duly called, noticed and held:

**WHEREAS**, the Partnership has entered into that certain Construction Loan Agreement dated as of October 7, 2008 (as amended, the "Loan Agreement"), with Bank of America, N.A., as administrative agent ("Agent"), and certain other financial institutions party thereto (with Agent, collectively, the "Lenders"), pursuant to which the Lenders agreed to make a Loan to the Partnership in an amount not to exceed $107,400,000.00 (the "Loan") for the purpose of financing the development and construction of the property of the Partnership;

**WHEREAS,** the Lenders have declared certain defaults under the Loan, the Loan Agreement and the other Loan Documents (as defined in the Loan Agreement), and have indicated their intention to imminently commence the exercise of certain rights and remedies thereunder; and

**WHEREAS**, the Partners desire to authorize and approve the Partnership's immediate filing of Chapter 11 bankruptcy, and the retention of legal counsel (specifically, Lentz Clark Deines PA of Overland Park, Kansas) for such purpose.

**NOW, THEREFORE, BE IT RESOLVED**, that the managers of the General Partner of the Partnership, acting alone or in concert, are hereby authorized, empowered and directed on behalf of the Partnership to take any and all actions and to execute and deliver any and all such contracts, instruments, documents, agreements, writings or communications as he, she or it, in his, her or its discretion deems necessary, advisable or appropriate to carry out the intent of the foregoing preambles and resolutions; provided, however, nothing contained herein shall be construed to require the Partners to make any monetary contributions to effect the intent of the foregoing preambles and resolutions; and

**RESOLVED FURTHER**, that any acts of the Partnership and/or the Partners with respect to the consummation of the transactions contemplated by the foregoing preambles and resolutions which would have been authorized by this Authorization and Approval except that such acts were taken prior to the adoption of such resolutions, be and they hereby are, severally ratified, confirmed, approved and adopted as the acts of the Partnership; and

**RESOLVED FURTHER**, that this Partnership Authorization and Approval may be executed in any number of counterparts and each such counterpart hereof shall be deemed to be an original instrument.

1

IN WITNESS WHEREOF, the Partners hereto have executed this Partnership Authorization and Approval as of the date first written above.

CORBIN 135, L.L.C., an Iowa limited liability company, sole general partner

By: *(signature)*

Name: JEFF JOHNSON

Title: MANAGER

GATEWAY CORBIN, LLC, a Delaware limited liability company, sole limited partner

By: _____

Name: _____

Title: _____

2

IN WITNESS WHEREOF, the Partners hereto have executed this Partnership Authorization and Approval as of the date first written above.

CORBIN 135, L.L.C., an Iowa limited liability company, sole general partner

By:_____

Name:_____

Title:_____

GATEWAY CORBIN, LLC, a Delaware limited liability company, sole limited partner

By:_____
    RON RAGSDALE
    VICE PRESIDENT

Name:_____

Title:_____