The relief described hereinbelow is SO ORDERED.

Signed July 12, 2011.



_____
ROBERT D. BERGER
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| CORBIN PARK, L.P. ) | Case No. 10-20014 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING EXPEDITED HEARING ON JOINT MOTION
OF DEBTOR AND BANK OF AMERICA FOR (I) APPROVAL OF (a) FORM OF
PURCHASE AGREEMENT; (b) BID PROCEDURES, AND (c) FORM AND MANNER
OF NOTICE, AND (II) FOR SCHEDULE OF AUCTION DATE**

THIS MATTER comes on for consideration upon the request for expedited hearing on the Joint Motion of Debtor and Bank of America for (I) Approval of (a) Form of Purchase Agreement; (b) Bid Procedures, and (c) Form and Manner of Notice, and (II) for Schedule of Auction Date (the "Motion"), filed on July 6, 2011 (Doc. #545). The Court, having reviewed the Motion, the file, and having considered the circumstances of this matter, finds, and orders that an expedited hearing on the Motion is hereby granted and set for July 21, 2011 at 1:30 p.m.

IT IS SO ORDERED.

###

Respectfully submitted,

LENTZ CLARK DEINES PA

s/ Jeffrey A. Deines
Carl R. Clark, KS #11411
Jeffrey A. Deines, KS # 20249
9260 Glenwood
Overland Park, KS  66212
(913) 648-0600
(913) 648-0664 Fax
cclark@lcdlaw.com
jdeines@lcdlaw.com
Attorneys for Debtor