**UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-20014 |
| CORBIN PARK, L.P., ) | Chapter 11 |
| ) | Hearing Date: September 29, 2011 |
| Debtor. ) | Hearing Time: <u>10:00 a.m.</u> |

**SECOND SET OF BIDDING PROCEDURES FOR ABSOLUTE
SALE OF PROPERTY KNOWN AS CORBIN PARK**

PLEASE BE ADVISED that the United States Bankruptcy Court for the District of Kansas has approved the following Second Set of Bid Procedures ("Second Set of Bid Procedures") for the Absolute Sale of the Debtor's property located at 135th Street and Metcalf Avenue in Overland Park, Kansas known as "Corbin Park" (the "Property"). Please read these Second Set of Bid Procedures carefully as they will govern the Absolute Sale of the Debtor's Property. The Debtor, with the assistance of the Lenders, has determined the best way to sell the Property is pursuant to the terms of a Non-Contingent Agreement of Purchase and Sale and Joint Escrow Instructions (the "Non-Contingent Contract"). The Non-Contingent Contract is attached as <u>Exhibit A</u> to the Second Joint Motion of Debtor and Bank of America, for (I) Approval of (a) Form of Purchase Agreement; (b) Bid Procedures; and (c) Form and Manner of Notice, and (II) Schedule of Auction Date. The Non-Contingent Contract must be in an amount equal to or in excess of $5,000,000 to be considered acceptable to Debtor ("Lead Bid") and any subsequent bid must provide for a cash purchase price exceeding the Lead Bid by at least the sum of $500,000, with all subsequent overbids being in increments of not less than $500,000.

The Debtors shall continue to seek offers for the Debtor's Property as follows:

    a.    ***Solicitation.*** Debtor shall continue to seek offers for the Debtor's Property from potential bidders, including potential bidders who have made previous contacts with Debtor, and any other potential purchasers

who express an interest in purchasing the Debtor's Property after the entry of an Order approving these Second Set of Bid Procedures.

b. ***Debtor's Broker.*** Debtor shall continue to have its Broker market the Debtor's Property up to the Auction Date. The Debtor's Broker shall also conduct a market analysis to identify any and all parties who may have an interest in purchasing the Debtor's Property and contact those parties and assist the Debtor with all due diligence requests from potential bidders.

c. ***Information to Potential Bidders.*** Debtor and the Debtor's Broker will coordinate and make all available information for due diligence available to any potential bidder on the Debtor's Broker's secured website. In addition to participating in negotiations or discussions with potential bidders, Debtor and Debtor's Broker shall furnish to such potential bidders certain non-public information so long as such potential bidders: (i) execute and deliver to Debtor a confidentiality agreement in a form and substance acceptable to Debtor and Lenders and (ii) execute and deliver to Debtor information, which in Debtor's and Lenders' view, demonstrates the financial capability of such entity to consummate the purchase of the Debtor's Property. In addition to the above, Debtor and/or Debtor's Broker will make available to all such parties a copy of the Non-Contingent Contract and all attachments, exhibits and schedules thereto.

d. ***Submission of Non-Contingent Contract.*** All interested bidders must submit the Non-Contingent Contract or another contract acceptable to Debtor and Lenders, along with a red-line version showing all differences and changes from the Non-Contingent Contract along with a refundable deposit of $500,000.00 to First American Title Insurance Company, 911 Main, Suite 2500, Kansas City, Missouri 64105 (Todd G. Jones, 816-421-7905) ("Title Company") on or before October 19, 2011 at 4:00 p.m. (C.S.T.).

e. ***Auction Process and Selection of Successful Bidder.*** An auction ("Auction") of the Debtor's property will commence at 9:00 a.m. (C.S.T.) on Monday, October 24, 2011 (the "Auction Date"). The Auction will be conducted at the offices of Lentz**,** Clark**,** Deines P.A.**,** 9260 Glenwood, Overland Park, Kansas 66212.

f. ***Bid and Bid Increments.*** The initial bid must be equal to or greater than $5,000,000 and on the Non-Contingent Contract or another contract acceptable to Debtor and the Lenders. The Debtor, with consultation of the Lenders, will choose which bid is the highest and best bid to become the initial bid at the auction. All further bid increments shall be in increments not less than $500,000. Upon completion of the Auction, Debtor, in consultation with the Lenders, and the Lenders shall select the bid that, in their reasonable judgment, represents the highest and best offer and is in the best interests of Debtor and its estate (the "Successful

g. ***Approval of Successful Bidder.*** At the Final Sale Approval Hearing on October 25, 2011, at 1:30 p.m., Debtor shall inform the Court of the Successful Bid and seek authority to sell the Debtor's Property to the Successful Bidder.

h. ***Alternative Successful Bidder.*** In the event the Successful Bidder does not close, Debtor may close with any other bidder (the "Alternative Successful Bidder") who, in Debtor's and Lenders' reasonable judgment, represents the next highest and best offer for the Debtor's Property, provided such bidder agrees at the Auction to remain as an Alternative Successful Bidder and further provided that such Alternative Successful Bidder is approved by the Bankruptcy Court at the Final Sale Approval Hearing.

i. ***Earnest Money Deposit.*** In order to qualify as a bidder at the auction, each bidder will have to deposit $500,000.00 with the Title Company at the time their Non-Contingent Sale Contract is submitted to Debtor which shall be done no later than 4:00 p.m. (C.S.T.) on October 19, 2011.

j. ***Right to Reject Bids.*** Debtor with the Lenders' consent may, at any time before entry of an order approving a Successful Bid, reject any bid.

k. ***Failure of Successful Bidder to Close.*** In the event the Successful Bidder does not close on or before the Closing Deadline, Debtor may close with the Alternative Successful Bidder, if any, and the Deposit of the Successful Bidder shall be forfeited to Debtor and paid over to Lender, provided that the failure of the Successful Bidder to close on or before the Closing Deadline was not a result of Debtor's default or breach of the Agreement. If the failure of the Successful Bidder to close on or before the Closing Deadline was a result of Debtor's default or breach of the Non-Contingent Contract or similar contract, the Deposit of the Successful Bidder shall be refunded.

**IF ANY PARTY HAS ANY QUESTIONS REGARDING THESE SECOND SET OF BID PROCEDURES THEY MAY CONTACT THE FOLLOWING PARTIES:**

| | |
|---|---|
| **LENTZ, CLARK, DEINES P.A.** | **LEWIS, RICE AND FINGERSH, LC** |
| ATTN: Jeffrey A. Deines | ATTN: Joseph J. Trad, Esq. |
| 9260 Glenwood | 600 Washington Avenue, Suite 2500 |
| Overland Park, Kansas 66212 | St. Louis, Missouri 63101 |
| (913) 648-0660 | (314) 444-7691 |
| (913) 648-0664 (facsimile) | (314) 612-7691 (facsimile) |

jdeines@lcdlaw.com                                    jtrad@lewisrice.com

In addition to these parties, the Debtor is attempting to make arrangements with the following parties to be at or available on the Auction Date to discuss any and all concerns a potential bidder may have regarding the Debtor's Property: (i) **J.C. Penney, (ii) Von Maur, (iii) City of Overland Park, and (iv) Greer Metcalf.**

Please be advised that the Debtor will conduct an auction of the Property on **October 24, 2011 at 9:00 a.m.** at the offices of Lentz, Clark, Deines P.A., 9260 Glenwood, Overland Park, Kansas 66212 or any other place announced to any and all Bidders. It will seek to have the Final Hearing immediately thereafter.